IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JIMMY ZAEE, JAY ZEE,**

    **Plaintiffs,**

v.                                   CASE NO.  4:14cv200-MW/CAS

**OFFICER RUBLE,
UNKNOWN ABBEVILLE
POLICE OFFICER,
UNKNOWN HENRY COUNTY
DEPUTY SHERIFF, et al.**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 7, filed June 23, 2014.   Upon consideration, no objections having been filed by Plaintiffs,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall **transfer this cause** to the United States Court for the

1

Middle District of Alabama, Southern Division, for all further proceedings, including a determination of the right to proceed in forma pauperis.

**SO ORDERED** on July 21, 2014.

<u>s/Mark E. Walker</u>
**United States District Judge**